# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-2024-0205**
Michael E. Dennison v. State of Alabama (Appeal from Crenshaw Circuit Court:
CC-22-44)

## <u>NOTICE</u>

You are hereby notified that on November 22, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk